```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | Cr. No. 94-10287-MLW |
| ) | |
| ) | |
| JAMES J. BULGER,        ) | |
|     Defendant.        ) | |

MEMORANDUM AND ORDER

WOLF, D.J.                                                  June 27, 2011

The government has moved for the postponement of the June 29, 2011 hearing because one prosecutor has a conflicting professional commitment and the other has personal plans at 10:00 a.m. that day. In view of the importance of resolving the issue of whether defendant James J. Bulger is entitled to the appointment of Criminal Justice Act counsel, it is not in the interest of the administration of justice to defer the hearing. However, understanding that the previously ordered submissions will be made by 5:00 p.m. today, in order to accommodate the government, the June 29, 2011 hearing is hereby RESCHEDULED and will be held instead on June 28, 2011, at 2:00 p.m.

                                        /s/ MARK L. WOLF
                                        UNITED STATES DISTRICT JUDGE