UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. No. 94-10287-MLW |
| | ) |
| JAMES J. BULGER, | ) |
|     Defendant. | ) |

ORDER

WOLF, D.J.                                                                        June 28, 2011

For the reasons described in court on June 28, 2011, it is hereby ORDERED that:

1. Defendant James J. Bulger shall, by June 29, 2011, at 4:30 p.m., report on whether he objects to the requested dismissal of this case with prejudice pursuant to Federal Rule of Criminal Procedure 48(a) or requests a reasonable extension of time to consider this matter. See Rinaldi v. United States, 434 U.S. 22, 29 n.15 (1997); In re Richards, 213 F.3d 773 (3rd Cir. 2000); United States v. Flemmi, 283 F. Supp. 2d 400 (D. Mass. 2003).

2. With regard to defendant's Emergency Motion to Bar Disclosures and Further Leaks of Information by the FBI and Other Law Enforcement Agencies, the United States Attorney shall, by June 29, 2011, at 4:30 p.m., file an affidavit stating: (a) whether her office is investigating possible violations of Rule 83.2A of the Local Rules of the United States District Court for the District of Massachusetts and/or 28 C.F.R. §50.2; and (b) what steps, if any, she is taking to prevent improper disclosures by law enforcement officers that threaten defendant's ability to get a

fair trial and, therefore, the government's ability to try the charges against him. See <u>United States v. Flemmi</u>, 233 F. Supp. 2d 75 (D. Mass. 2000).

3. If necessary or appropriate, a further hearing will be held on June 30, 2011, at 1:00 p.m.

                                                    _/s/ Mark L. Wolf_____
                                                  UNITED STATES DISTRICT JUDGE