```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA          )
                                  )
        v.                        )   Cr. No. 94-10287-MLW
                                  )
                                  )
                                  )
JAMES J. BULGER,                  )
        Defendant.                )

## ORDER

WOLF, D.J.                                          June 30, 2011

For the reasons described in detail in court on June 30, 2011, it is hereby ORDERED that:

1. The Government's Submission of Affidavit from U.S. Attorney Carmen M. Ortiz (Docket No. 2348) is UNSEALED.

2. Defendant's Motion for Consolidation of Cases (Docket No. 2342) is DENIED.

3. Based on the government's representations on June 28 and 30, 2011, pursuant to Federal Rule of Criminal Procedure 48(a), the government's request for leave to dismiss this case is ALLOWED and this case is, therefore, DISMISSED.

                                    /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE