UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 94-10287-MLW |
| ) | |
| JAMES J. BULGER ) | |

GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR DISCOVERY IN A NOW DISMISSED CASE

As this Court noted months ago, "it is...the duty of the government to produce discovery to a defendant, not the duty of the court." See November 6, 2012 Order, ECF Dkt. No. 2356.

In an effort to delay a trial pending in another courtroom, Bulger's defense counsel requests "pleadings" regarding "special treatment or protection" for a person who is not even a government witness-Pat Nee. For months, defense counsel has had documents demonstrating that Nee is in fact, like Bulger, a man who has been involved in serious crimes including murder. Now, on the eve of trial, defense counsel pretends this a great revelation - that Pat Nee is a serious criminal!

The government has complied with its discovery obligations in the case pending before Judge Casper and defense counsel should not be permitted to delay a trial in her courtroom with a frivolous filing in this one.

1

Accordingly, the defendant's motion should be denied.

>Respectfully submitted,
>
>CARMEN M. ORTIZ
>United States Attorney

Dated: June 10, 2013        By:  /s/ Brian T. Kelly
>BRIAN T. KELLY
>FRED M. WYSHAK, JR.
>ZACHARY R. HAFER
>Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the notice of Electronic Filing.

>/s/ Brian T. Kelly
>BRIAN T. KELLY
>Assistant U.S. Attorney

Dated: June 10, 2013